# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 14, 2018

## NO. 03-18-00563-CV

**A. C., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND TOTH
### AFFIRMED—OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the final decree of termination signed by the district court on August 13, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.